UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>ANSYS, Inc.</u>

    v.                    Case No. 09-cv-284-SM

<u>Computational Dynamics</u>
<u>North America. Ltd., et al.</u>


ORDER

    Re: Document No. 35, Proposed Discovery Plan filed by ANSYS, Inc. and Document No. 33, Discovery Plan *Contested* filed by Computational Dynamics North America, Limited, Doru A. Caraeni.

    Ruling:  ANSYS'S and CDNA's proposed discovery plans appear to be identical. ANSYS'S proposed plan is approved and adopted as a pretrial scheduling order.  CDNA suggests need for a pretrial conference with respect to one issue: the scope of defense access to confidential material and/or trade secrets to be produced by ANSYS.  The court's ruling at the preliminary injunction hearing, and the order entered subsequently on November 25, 2009, ought to eliminate any confusion.  The pretrial conference is cancelled; the parties are encouraged to negotiate a stipulated protective order acceptable to both parties, or, barring that, a motion for appropriate relief may be filed if and when an actual controversy arises with respect to access to alleged confidential information or trade secrets.


                                            _____
                                            Steven J. McAuliffe
                                            Chief Judge

Date: December 7, 2009

cc:  Cathryn Vaughn, Esq.
     Cameron Shilling, Esq.
     Gregory Vitt, Esq.
     Elizabeth K. Rattigan, Esq.
     Michael A. Schlanger, Esq.
     Shelli L. Calland, Esq.