UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

ANSYS, Inc.

       v.                         Case No. 09-cv-284-SM

Computational Dynamics
North America, Ltd., et al.

ORDER ON NONCONFORMING DOCUMENT
IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER:   #65, Motion for Attorney Fees, filed by Defendant

DATE:        October 25, 2010

    The document above fails to comply with:

LR 7.1(a)(1)    Motions, other than those submitted during trial, shall be considered only if submitted separately from other filings and only if the word "motion" appears in the title. As an attachment to a Motion for Attorney's Fees [65], the defendants have filed a Memorandum of Law both in support of their Motion for Attorney's Fees and in support of their opposition to plaintiff's Motion for Voluntary Dismissal [64]. Local Rule 7.1(a)(1) requires that the defendants file a separate objection to the Motion for Voluntary Dismissal. Thus, pleading number 65 will be construed solely as a Motion for Attorney's Fees and accompanying Memorandum of Law in support of that motion. If the defendants would like to object to the plaintiff's Motion for Voluntary Dismissal, they should file that objection as a separate submission and attach to that submission any memorandum of law in support of their objection.

Any time computation period associate with the refiling of an objection to the Motion for Voluntary Dismissal will commence from the date the defect is cured by the submission of a conforming pleading.

SO ORDERED.

November 1, 2010

_____
Steven J. McAuliffe
Chief Judge

cc:    All Counsel of Record